UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAURIE HUGHES, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: CCB-98-3560 |
| DOMINO'S PIZZA, INC., et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having duly considered the Consent Motion to Enlarge Time to File Fee Petition and/or Bill of Costs, and any response thereto, it is hereby

ORDERED that the deadline for filing a Bill of Costs and/or a Motion to Recover Attorneys' Fees be extended until April 10, 2000.

IT IS SO ORDERED this 27 day of March, 2000.

_____
Catherine C. Blake
United States District Judge